

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 05 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/2/2015**                                                    **COA No. 12-14-00186-CR**
**WILLIAMS, TOMMIE LEE JR.   Tr. Ct. No. F12-24893-S         PD-0960-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *